UNITED STATES of America,
Plaintiff-Appellee,

v.

Alan Boyd Donta BARNETT, a/k/a
Big Al, Defendant-Appellant.

No. 17-6781

United States Court of Appeals,
Fourth Circuit.

Submitted: August 24, 2017

Decided: August 29, 2017

Alan Boyd Donta Barnett, Appellant Pro Se. Thomas Michael Kent, OFFICE OF THE UNITED STATES ATTORNEY, Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Daniel Steven Ryan, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan Boyd Donta Barnett appeals the district court's text order denying his motion to remand his closed criminal proceeding to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barnett*, No. 3:12-cr-00188-FDW-DSC-2

(W.D.N.C. June 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*